928

No. 484.   Seymour Sales Co. et al. v. Federal Trade Commission.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *F. Joseph Donohue* and *Henry H. Koven* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Barnes, William J. Lamont, Earl W. Kintner* and *Robert B. Dawkins* for respondent.

No. 485.   Halseth, trading as Perry Sales Co., v. Federal Trade Commission.   C. A. 7th Cir.   Certiorari denied.   *Samuel E. Hirsch* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Barnes, William J. Lamont, Earl W. Kintner* and *Robert B. Dawkins* for respondent.

No. 486.   Noonan v. New York Life Insurance Co. C. A. 9th Cir.   Certiorari denied.   *Thomas H. Ryan* for petitioner.   *Earl S. MacArthur* for respondent.

No. 487.   Continental Oil Co. v. Williams et al. C. A. 10th Cir.   Certiorari denied.   *Charles B. Cochran* for petitioner.   *Duke Duvall* and *A. G. C. Bierer, Jr.* filed a waiver of right to file a brief in opposition for respondents.

No. 490.   Lee Kwok Dun v. Brownell, Attorney General.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Jack Wasserman* and *Nathaniel S. Ruvell* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for respondent.